UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

STATE OF CONNECTICUT           :
                               :     3:18mj1462(RMS)
                               :
                               :     ss: New Haven, September ___, 2018
                               :
COUNTY OF NEW HAVEN            :

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Mark Solomon, having been duly sworn, do hereby state:

## I.   INTRODUCTION

1. I am employed as a Detective with the Greenwich Police Department, where I have worked for over 23 years. I am currently assigned to the Connecticut Financial Crimes Task Force. My responsibility is to investigate financial crimes; which may include identity theft, bank fraud, wire fraud, extortion, embezzlement, mail theft, network breaches and Automated Teller Machine ("ATM") skimming incidents. During the course of my service as a TFO, I have conducted or participated in numerous investigations into identity theft, bank fraud, mail fraud, mail theft, ATM skimming incidents and other illegal activities, which involved, among other things, physical surveillance, electronic surveillance, and the execution of search and arrest warrants. I have received instruction relative to conducting financial crime investigations while attending in-service training at the Connecticut Police Academy in Meriden, Connecticut. I also receive and present periodic in-service training relative to financial crime investigations.I am an "investigative or law enforcement officer of the United States" within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United

States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516, Title 18, United States Code. I have been an affiant of and have participated in the preparation and execution of search and arrest warrants.

Together with Special Agents and Task Force Officers of the Connecticut Financial Crimes Task Force, I am investigating Maya Florina Luiza DeSteffano, George Dragusin, and others for activities associated with skimming cash from ATM machines. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses.

2. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that Maya Florina Luiza DeSteffano, George Dragusin, and others have committed violations of 18 U.S.C. § 1344 (bank fraud), 18 U.S.C. § 1028A (aggravated identity theft), and 18 U.S.C. § 1349 (conspiracy) and related offenses.

3. This affidavit is submitted for the limited purpose of establishing probable cause for a criminal complaint and issuance of an arrest warrant for the following individual(s):

a. George Dragusin ("DRAGUSIN"), date of birth February 15, 1956, for violating 18 U.S.C. § 1344 (bank fraud), 18 U.S.C. § 1028A (aggravated identity theft), and 18 U.S.C. § 1349 (conspiracy);

b. "Maya Luiza Florina DeSteffano, date of birth April 30, 1958, for violating 18 U.S.C. § 1344 (bank fraud), 18 U.S.C. § 1028A (aggravated identity theft), and 18 U.S.C. § 1349 (conspiracy).

4. Because this affidavit is submitted for this limited purpose, I have not included each and every fact known to me regarding this investigation. Rather, I have set forth only those facts that I believe

are necessary to establish probable cause for the charges of 18 U.S.C. § 1344 (bank fraud), 18 U.S.C. § 1028A (aggravated identity theft), and 18 U.S.C. § 1349 (conspiracy).

## II. FACTS ESTABLISHING PROBABLE CAUSE

5. Between February and June 2017, People's United Bank locations in and around Connecticut experienced numerous ATM skimming incidents at their branches. Approximately 35 days of ATM skimming incidents at several branches across Connecticut were identified by employees of People's United Bank ("PUB"). Review of the surveillance video in and around the ATM machines revealed that there were multiple individuals were involved in the skimming activity. The first ATM skimming incident associated with this group occurred on February 18, 2017 and the latest occurred on June 3, 2017.

6. PUB informed the police and members of the Connecticut Financial Crimes Task Force ("CTFCTF") of these skimming activities, including by informing the Monroe Police Department and CTFCTF, on approximately April 11, 2017, that ATM skimming devices had been placed on ATM's at

    a. the Stepney branch at 435 Main Street, Monroe, CT, on 02/25/17 02/26/17, 03/03/17, 03/04/17 and 03/05/17,

    b. the Monroe branch at 401 Monroe Turnpike, Monroe, CT, on 4/8/17.

7. ATM Skimming Incidents involve the installation of electronic devices on or around the ATM for the purposes of capturing the magnetic stripe data contained on the back of the customer's debit card as well as the PIN number that is entered by the customer. The installment of said electronic devices is usually done by the use of (2) separate devices, known as the "Skimmer" and the "Pin Capturing Device".

8. The Skimmer is usually placed over or in the card slot of the ATM machine where the customer's card is inserted. An alternate location for a Skimmer can be installed on or over the original door access device and can capture the customer's magnetic stripe information as the customer accesses the lobby doors to the ATM vestibule.

9. The PIN Capturing Device can be installed in multiple locations on or around the ATM in order to capture video or the sequence of the customer entering their PIN number. PIN Capturing Devices are either micro-video recorders built into an object that appears to be part of the ATM or may also be a counterfeit PIN Pad overlay that is positioned over the original PIN pad of the ATM.

10. These devices are designed to blend into the ATM machine, once installed, and are often difficult to detect by the customer. The devices will remain in place for a period of time and then removed by the suspect(s). Once removed, the device is connected to a computer and magnetic stripe data and PIN information is downloaded onto a computer. The magnetic stripe information can be re-encoded or "clone"--using a re-encoding machine--onto any other card that contains a magnetic stripe. The suspect(s) will then use the cloned card along with the captured PIN information at an ATM to make withdrawals from the victim(s) account(s).

11. Investigators at PUB were able to obtain ATM video and still pictures of suspects installing and removing the skimming devices at the Monroe, Connecticut branches as well as the other branches in Connecticut. Review and analysis of the video of the suspects installing and removing the skimming devices revealed the specific dates and times of the installation, removal and location of the branches of the 35 skimming incidents, as follows:

| Skim | Date | Branch | Time install | Time removal |
|---|---|---|---|---|
| 1 | 2/18/2017 | Ryder's Landing | 1:16pm | 7:11pm |
| 2 | 2/19/2017 | Ryder's Landing | 9:20am | 4:59pm |
| 3 | 2/20/2017 | Ryder's Landing | 9:13am | 6:01pm |
| 4 | 2/25/2017 | Stepney | 12:52pm | 6:40pm |
| 5 | 2/26/2017 | Stepney | 9:13am | 6:07pm |
| 6 | 3/3/2017 | Stepney | 5:34pm | |
| 7 | 3/4/2017 | Stepney | | 5:51pm |
| 8 | 3/5/2017 | Stepney | 9:13am | 2:42pm |
| 9 | 3/12/2017 | Trumbull Fnl | 9:49am | 8:16pm |
| 10 | 3/16/2017 | New Canaan | 4:42pm | 8:05pm |
| 11 | 3/18/2017 | New Canaan | 12:37pm | 8:48pm |
| 12 | 3/18/2017 | Old Greenwich | 12:42pm | 7:26pm |
| 13 | 3/19/2017 | Old Greenwich | 8:12am | 7:07pm |
| 14 | 3/19/2017 | New Canaan | 9:34am | 6:45pm |
| 15 | 3/20/2017 | New Canaan | 4:42pm | 7:53pm |
| 16 | 3/26/2017 | Trumbull Fnl | 7:46 | 8:12 |
| 17 | 3/29/2017 | Riverside | 5:16pm | 8:16pm |
| 18 | 4/1/2017 | Bedford Street | 12:54pm | 7:46pm |
| 19 | 4/2/2017 | Stepney | 10:35am | 8:16pm |
| 20 | 4/8/2017 | Monroe | 1:01pm | 5:42pm |
| 21 | 4/22/2017 | Storrs | 1:20pm | 4:58pm |
| 22 | 4/29/2017 | Financial Plaza | 7:35am | 7:35pm |
| 23 | 4/30/2017 | Financial Plaza | 10:29 | 5:18pm |
| 24 | 5/14/2017 | North and Park | 8:21am | 4:32pm |
| 25 | 5/19/2017 | North and Park | 6:53pm | 9:36pm |
| 26 | 5/20/2017 | North and Park | 4:19pm | 9:17pm |
| 27 | 5/21/2017 | North and Park | 8:06am | 6:08pm |
| 28 | 5/22/2017 | North and Park | 5:04pm | 8:47 PM |
| 29 | 5/27/2017 | Black Rock | 1:57pm | 7:10pm |
| 30 | 5/28/2017 | Black Rock | 7:53am | 3:38pm |
| 31 | 5/29/2017 | Black Rock | 8:12a3 | 3:18pm |
| 32 | 5/30/2017 | North and Park | 5:18pm | 9:20PM |
| 33 | 5/31/2017 | Black Rock | 5:06pm | 8:11pm |
| 34 | 6/1/2017 | Black Rock | 5:41pm | 8:24pm |
| 35 | 6/3/2017 | Black Rock | 2:11pm | 9:16pm |

## IDENTIFICATION OF SUSPECTS

12. Surveillance footage revealed that on February 25, 2017 at approximately 12:50:41PM EST, an older white female, approximately 50-60 years old, with reddish colored hair, and wearing glasses and beige sweater coat and black hat carrying a large black purse and a lime green wallet enter the ATM lobby at the PUB Stepney branch in Monroe, Connecticut. The female described will herein be referred to as "Older Female #1." At approximately 12:51:53, a younger male with goatee wearing black jacket with hood and baseball cap is seen manipulating the area where the door access device is located. This male will be herein referred to as "Younger Male #1". At approximately 12:52:02, Younger Male #1 enters the lobby and stands next to Older Female #1. At approximately 12:52:09, Older Female #1 approaches the ATM and removes what appears to be tape from the lime green wallet and places it on the ATM terminal. It should be noted that most ATM skimming devices are secured with double-sided tape to ATM Terminals so the devices can be later removed without great difficulty and without evidence being left behind. At 12:52:13 Older Female #1 leaves ATM lobby as Younger Male #1 remains. At 12:52:38, Younger Male #1 installs an overlay PIN Capturing Device to ATM Terminal. At 12:53:32, Younger Male #1 leaves ATM vestibule.

13. On February 25, 2017 at 18:41:03 surveillance footage reveals that an older male (hereinafter Older Male #1 who is a different person than Younger Male #1) is observed outside the same Stepney branch and is wearing glasses, black hat, and long coat and green-hooded sweatshirt and jeans. At said time, Older Male #1 appears to manipulate the area

where the door access device is located. At 18:41:12, Older Female #1 approaches the front lobby doors. Older Female #1 is wearing glasses, a beige sweater coat, and holding a black purse At 18:41:21 Older Male #1 and Older Female #1 are seen entering the lobby together. At 18:41:23 Older Male #1 enters the ATM vestibule. At 18:41:27 Older Male #1 removes an overlay PIN Capturing Device with metal tool. At 18:42:06, Older Female #1 approaches the ATM and puts a card into the ATM machine. At 18:43:32, Older Female #1 receives a receipt and leaves lobby vestibule.

14. Investigators at PUB further learned that between February 18, 2017 and April 8, 2017, there were approximately seventeen ATM skimming incidents at Peoples United Bank branches in Connecticut for which the ATM video revealed that both Older Male #1 and Older Female #1 were involved in either the installation or removal of the skimming devices or subsequent cash-outs from the victims accounts.

15. During the course of this investigation, your affiant spoke with law enforcement officials from, the NYPD, Los Angeles, California Police Department, and the Las Vegas, Nevada Police Department who are actively involved in investigating ATM Skimming incidents in the United States. Photos of the unidentified suspects were distributed to the investigators.

16. Det. Admir Gutic of the New York Police Department ("NYPD") advised that he was currently investigating an attempted ATM Skimming incident that had occurred in New York City in February of 2017. Gutic forwarded photos of the suspects which depicted Older Male #1, Older Female #1 and another one of the male suspects from the incidents in Connecticut. Det. Gutic advised that the devices were recovered and no loss was incurred.

17. Since the initial investigation, Det. Gutic had received information that the Older Female #1 might be Romanian and might have the first name of "Mija" or "Miya" and that she may have ties to skimming in the Las Vegas area. Det. Gutic provided your affiant with two profile photos that were taken from Facebook and appeared to match the photos of Older Male #1 and Older Female #1. Your affiant located the page of "MAYALUISA.PASTORELLI" which contained the exact photo provided by Det. Gutic of Older Female #1. In searching the open-to-the-public Facebook page of MAYALUISA.PASTORELLI, your affiant located a facebook profile photo for one of Pastorelli's facebook friends, "GEORGIO.ANDERINI.7," which was a match for the face of Older Male #1.

18. Searches through DHS databases for the names of Maya Luisa Pastorelli and Georgio Anderini met with negative results in locating official photos or pedigree information.

19. Your affiant subsequently forwarded the photos of Older Female #1 and Older Male #1 to investigators in California and Nevada. Your affiant was subsequently contacted by Deputy District Attorney Joe Williams, Jr. of the Orange County District Attorney's Office in California. Williams advised that the female depicted as Older Female #1 in the bank surveillance photos, as well as in the Facebook profile photo for Maya Luisa Pastorelli, was in fact Maya Florin Luiza DeSteffano (herein referred to as De Steffano). Williams advised that he had previously prosecuted DeSteffano and others for their involvement in ATM skimming activities in California, had viewed numerous surveillance photos in the past, and had face to face interactions with DeSteffano. Williams further advised that DeSteffano was also a suspect in the Las Vegas, Nevada area and had been investigated by the Las Vegas

Police Department. Williams provided photos of DeSteffano and known surveillance photos of her conducting ATM transactions. The photos from William appeared to your affiant match the photos of Older Female #1 as well as photos on Maya Luisa Pastorelli's Facebook page. Williams did not recognize Older Male #1.

20. A subsequent DHS database search revealed a match for DeSteffano's photo as well as pedigree information.

21. DeSteffano has significant relevant criminal history in California and Nevada. She was arrested and convicted in California (between 2017 and 2013) for multiple counts of financial crimes including ID theft and forging/counterfeiting credit cards, money laundering, possessing equipment to make a fake access (credit/debit) card, grand theft and conspiracy to commit said crimes. In Nevada, De Steffano was arrested under the alias of Maria Medawar for financial crimes, to include Using ID Information of Another and Burglary, in 2011. In 2009 in Nevada, she was arrested for Unlawful use of a scanning device or re-encoder. In 2004 in Nevada she was arrested for Possession/Sale of False Identification and Uttering Forged Instruments. In 2001 in Nevada she was arrested for Possession of a Stolen Credit Card. DeSteffano has also used the combination name as "Maya Florina Luiza DE STEFFANO" as an alias name, which is similar to the first names used on the Facebook page.

22. Upon further review of DeSteffano's Facebook page, investigators noticed photos posted by DeSteffano indicative of travel to various locations with Older Male # 1. A DHS database search revealed that DeSteffano has traveled into the United States with a GEORGE

DRAGUSIN with a date of birth of February 15, 1956. Your affiant received a known entry photo of Dragusin which was a match for Older Male #1.

23. On April 14th, 2017 DeSteffano posted a photograph of herself on her Facebook page. In this photograph she is wearing a light colored Panama-Jack styled straw hat with a black fabric band around the brim. She is also wearing a beige and cream striped light weight scarf in this photo. Both of these clothing items are consistent with the outfit that DeSteffano wore on April 9, 2017 when she was photographed by PUB security cameras during a skimming cash-out at the Park Avenue Branch in New York City. This cash-out used information obtained during the ATM skimming incidents in Monroe, Connecticut at the Stepney Branch on February 25, 2017 and February 26, 2017.

24. Over the course of the investigation to date, approximately 35 skimming incidents at PUB have been identified which appear to involve DeSteffano, Dragusin, five other male suspects, and one other female suspect. The other female suspect was identified as Gabriela Enache following her arrest by Darien Police on June 11, 2017 during a skimming cash out at a PUB ATM. At the time of her arrest, her wallet contained approximately $1,640 in currency, approximately 10 cards with magnetic strips on the back, and two ATM receipts for withdrawals that day. TFO Chaves subsequently determined that that cards had been re-encoding with information skimmed from PUB customers.

25. Further analysis revealed that the information on the re-encoded cards in Enache's possession came from among the information skimmed during 35 incidents listed above. On July 11, 2018, Enache entered a guilty plea to conspiracy to commit bank fraud and

aggravated identity theft in connection with the fraudulent ATM skimming activities described herein.

26. Based on the information learned in the course of the investigation, there is probable cause to believe that the following individuals were involved in the 35 skimming incidents as follows:

| Skim | Date | Branch | Time install | Install Suspect(s) | Time removal | Removal Suspect(s) |
|---|---|---|---|---|---|---|
| 1 | 2/18/2017 | Ryder's Landing | 1:16pm | Male #2 | 7:11pm | Maya DeSteffano/ George Dragusin |
| 2 | 2/19/2017 | Ryder's Landing | 9:20am | Male #2 | 4:59pm | Maya DeSteffano/ George Dragusin |
| 3 | 2/20/2017 | Ryder's Landing | 9:13am | Male #2 | 6:01pm | Maya DeSteffano/ George Dragusin |
| 4 | 2/25/2017 | Stepney | 12:52pm | Male #2 / Maya DeSteffano | 6:40pm | Maya DeSteffano/ George Dragusin |
| 5 | 2/26/2017 | Stepney | 9:13am | Male #2 | 6:07pm | Maya DeSteffano/ George Dragusin |
| 6 | 3/3/2017 | Stepney | 5:34pm | Male #2 | | |
| 7 | 3/4/2017 | Stepney | | | 5:51pm | George Dragusin |
| 8 | 3/5/2017 | Stepney | 9:13am | Male #2 | 2:42pm | George Dragusin |
| 9 | 3/12/2017 | Trumbull Fnl | 9:49am | Maya DeSteffano/ Gabriela Enache | 8:16pm | Maya DeSteffano/ Gabriela Enache |
| 10 | 3/16/2017 | New Canaan | 4:42pm | Maya DeSteffano/ Male #2 | 8:05pm | Maya DeSteffano |
| 11 | 3/18/2017 | New Canaan | 12:37pm | George Dragusin/ Gabriela Enache | 8:48pm | George Dragusin/ Gabriela Enache |
| 12 | 3/18/2017 | Old Greenwich | 12:42pm | Male #2 | 7:26pm | Maya DeSteffano |
| 13 | 3/19/2017 | Old Greenwich | 8:12am | Unknown | 7:07pm | Maya DeSteffano |
| 14 | 3/19/2017 | New Canaan | 9:34am | George Dragusin | 6:45pm | George Dragusin/ Gabriela Enache |
| 15 | 3/20/2017 | New Canaan | 4:42pm | Male #2/ Maya DeSteffano | 7:53pm | Maya DeSteffano |
| 16 | 3/26/2017 | Trumbull Fnl | 7:46 | Male #2 / Gabriela Enache | 8:12 | Male #2 / Gabriela Enache |
| 17 | 3/29/2017 | Riverside | 5:16pm | Male #2 / Gabriela Enache | 8:16pm | Male #2 / Gabriela Enache |
| 18 | 4/1/2017 | Bedford Street | 12:54pm | Male #2/ Maya DeSteffano | 7:46pm | Male #2/#5/ George Dragusin |
| 19 | 4/2/2017 | Stepney | 10:35am | Male #2 / Male #3/ Maya DeSteffano | 8:16pm | Maya DeSteffano/ Male #5 |
| 20 | 4/8/2017 | Monroe | 1:01pm | Male #2 / Male #3/ Maya DeSteffano | 5:42pm | Male#3/ Maya DeSteffano |
| 21 | 4/22/2017 | Storrs | 1:20pm | Male #2 | 4:58pm | Male #2 |
| 22 | 4/29/2017 | Financial Plaza | 7:35am | George Dragusin | 7:35pm | Male # 5 |
| 23 | 4/30/2017 | Financial Plaza | 10:29 | George Dragusin | 5:18pm | Male # 5 |
| 24 | 5/14/2017 | North and Park | 8:21am | Male #5 | 4:32pm | Male #5 |
| 25 | 5/19/2017 | North and Park | 6:53pm | Male #5 / Male #6 | 9:36pm | Male #6 |
| 26 | 5/20/2017 | North and Park | 4:19pm | Male #5 / Male #6 | 9:17pm | Male #5 / Male #6 |
| 27 | 5/21/2017 | North and Park | 8:06am | Male #5 / Male #6 | 6:08pm | Male #5 / Male #6 |
| 28 | 5/22/2017 | North and Park | 5:04pm | Male #5 / Male #6 | 8:47 PM | Male #5 / Male #6 |
| 29 | 5/27/2017 | Black Rock | 1:57pm | Male #5 / Male #6 | 7:10pm | Male #5 / Male #6 |
| 30 | 5/28/2017 | Black Rock | 7:53am | Male #5 / Male #6 | 3:38pm | Male #5 / Male #6 |
| 31 | 5/29/2017 | Black Rock | 8:12a3 | Male #5 / Male #6 | 3:18pm | Male #5 / Male #6 |
| 32 | 5/30/2017 | North and Park | 5:18pm | Male #5 / Male #6 | 9:20PM | Male #5 / Male #6 |
| 33 | 5/31/2017 | Black Rock | 5:06pm | Male #5 / Male #6 | 8:11pm | Male #5 / Male #6 |
| 34 | 6/1/2017 | Black Rock | 5:41pm | Male #5 / Male #6 | 8:24pm | Male #5 / Male #6 |
| 35 | 6/3/2017 | Black Rock | 2:11pm | Male #5 / Male #6 | 9:16pm | Device Recovered by Law Enforcement |

## CASH OUT ACTIVITY

27. The individuals identified as being involved in the ATM skimming activity have also been observed in surveillance video using re-encoded cards to obtain funds and attempt to obtain funds from PUB customer accounts without authorization. They use the PIN numbers captured through the ATM skimming equipment as well as the account number and other data captured from the magnetic strips on the victim-customers' ATM cards. They used the skimmed information to withdraw and attempt to withdraw funds from PUB accounts at ATM machines in Connecticut and New York.

28. Analysis of the video has revealed the following individuals involved in the subsequent cash-out attempts using information obtained the 35 skim incidents.

| Skim | Date | Branch | Time install | Time removal | Cash-Out Suspects(s) |
|---|---|---|---|---|---|
| 1 | 2/18/2017 | Ryder's Landing | 1:16pm | 7:11pm | Male#2/#3/#4/DeSteffano/Enache |
| 2 | 2/19/2017 | Ryder's Landing | 9:20am | 4:59pm | Male#2/#3/#4/ DeSteffano/Enache |
| 3 | 2/20/2017 | Ryder's Landing | 9:13am | 6:01pm | Male#2/#3/#4/ DeSteffano/Enache |
| 4 | 2/25/2017 | Stepney | 12:52pm | 6:40pm | Male #2/#3/#4/DeSteffano/Enache/Dragusin |
| 5 | 2/26/2017 | Stepney | 9:13am | 6:07pm | Male #2/#3/#4/ DeSteffano/Enache/Dragusin |
| 6 | 3/3/2017 | Stepney | 5:34pm |  | Male #2/#3/#4/ DeSteffano/Enache/Dragusin |
| 7 | 3/4/2017 | Stepney |  | 5:51pm | Male #2/#3/#4/ DeSteffano/Enache/Dragusin |
| 8 | 3/5/2017 | Stepney | 9:13am | 2:42pm | Male #2/#3/#4/ DeSteffano/Enache/Dragusin |
| 9 | 3/12/2017 | Trumbull Fnl | 9:49am | 8:16pm | Male #2/#3/#4/ DeSteffano/Enache/Dragusin |
| 10 | 3/16/2017 | New Canaan | 4:42pm | 8:05pm |  |
| 11 | 3/18/2017 | New Canaan | 12:37pm | 8:48pm | Male #2/#4/Enache |
| 12 | 3/18/2017 | Old Greenwich | 12:42pm | 7:26pm | Male#3/#4/ DeSteffano/Enache/Dragusin |
| 13 | 3/19/2017 | Old Greenwich | 8:12am | 7:07pm | Male#3/#4/ DeSteffano/Enache/Dragusin |
| 14 | 3/19/2017 | New Canaan | 9:34am | 6:45pm | Male #2/#4/Enache |

| Skim | Date | Branch | Time install | Time removal | Cash-Out Suspects(s) |
|---|---|---|---|---|---|
| 15 | 3/20/2017 | New Canaan | 4:42pm | 7:53pm | Male #2/#4/Enache |
| 16 | 3/26/2017 | Trumbull Fnl | 7:46 | 8:12 | Male#2/#3/#4/ DeSteffano/Enache/Dragusin |
| 17 | 3/29/2017 | Riverside | 5:16pm | 8:16pm | Enache / Male #4 |
| 18 | 4/1/2017 | Bedford Street | 12:54pm | 7:46pm | DeSteffano |
| 19 | 4/2/2017 | Stepney | 10:35am | 8:16pm | Male #2 / Male #3/Dragusin |
| 20 | 4/8/2017 | Monroe | 1:01pm | 5:42pm | DeSteffano |
| 21 | 4/22/2017 | Storrs | 1:20pm | 4:58pm | Male #3/#5/DeSteffano/Dragusin |
| 22 | 4/29/2017 | Financial Plaza | 7:35am | 7:35pm | Male #3/#4/#5/ DeSteffano/Dragusin |
| 23 | 4/30/2017 | Financial Plaza | 10:29 | 5:18pm | Male #3/#4/#5/ DeSteffano/Dragusin |
| 24 | 5/14/2017 | North and Park | 8:21am | 4:32pm | Male #2/#3/#5/#6/Enache |
| 25 | 5/19/2017 | North and Park | 6:53pm | 9:36pm | Male #2/#3/#5/#6/ Enache |
| 26 | 5/20/2017 | North and Park | 4:19pm | 9:17pm | Male #2/#3/#5/#6/ Enache |
| 27 | 5/21/2017 | North and Park | 8:06am | 6:08pm | Male #2/#3/#5/#6/ Enache |
| 28 | 5/22/2017 | North and Park | 5:04pm | 8:47pm | Male #2/#3/#5/#6/ Enache |
| 29 | 5/27/2017 | Black Rock | 1:57pm | 7:10pm | Male #2/#3/#5/#6/ Enache |
| 30 | 5/28/2017 | Black Rock | 7:53am | 3:38pm | Male #2/#3/#5/#6/ Enache |
| 31 | 5/29/2017 | Black Rock | 8:12a3 | 3:18pm | Male #2/#3/#5/#6/ Enache |
| 32 | 5/30/2017 | North and Park | 5:18pm | 9:20PM | Male #2/#3/#5/#6/ Enache |
| 33 | 5/31/2017 | Black Rock | 5:06pm | 8:11pm | Male #2/#3/#5/#6/ Enache |
| 34 | 6/1/2017 | Black Rock | 5:41pm | 8:24pm | Male #2/#3/#5/#6/ Enache |
| 35 | 6/3/2017 | Black Rock | 2:11pm | 9:16pm | N/A |

29.  Each use of the PIN of a PUB customer in conjunction with their account information to withdraw or attempt to withdraw cash from the account is an unauthorized use of identifying information in violation of 18 U.S.C. 1028A, that is aggravated identity theft. Your affiant is aware that each account holder is an individual whose identifying information was used. Accordingly, there is probable cause to believe each cash out using the skimmed information is a violation of 18 U.S.C. 1028A.

## III. CONCLUSION

Based on the aforementioned information, I believe there is probable cause to believe that between February and June 2017, MAYA DESTEFFANO and GEORGE DRAGUSIN committed bank fraud, conspiracy to commit bank fraud and aggravated identity theft in the District of Connecticut and elsewhere. Accordingly, I submit this affidavit in support of an arrest warrant and criminal complaint charging MAYA DESTEFFANO and GEORGE DRAGUSIN with violating 18 U.S.C. §§ 1344, 1349, 1028A.

MARK SOLOMON
Task Force Officer
United States Secret Service

Subscribed and sworn to before me on September _18_, 2018.

/s/ Robert M. Spector
Hon. ROBERT M. SPECTOR
UNITED STATES MAGISTRATE JUDGE